## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**INTEL CORPORATION, a Delaware corporation,**

<strong>Plaintiff,</strong>

    **vs.**

**INTRUITY CORPORATION, a Florida corporation,**

<strong>Defendant.</strong>

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL
### (Injunctive Relief Sought)

Plaintiff Intel Corporation ("Intel" or "Plaintiff") sues Defendant Intruity Corporation ("Intruity" or "Defendant") and alleges as follows:

1.      This action arises from Defendant's unauthorized use of the trade name and trademark AGENCYINTEL in connection with Defendant's software goods, online services, and software development services.

2.      By using a trade name and trademark that wholly incorporate and emphasize the world famous INTEL® trademark in connection with software goods, online services, and software development services, Defendant has caused and will likely continue to cause confusion that Intel is the source or sponsor of its goods and services, or that there is an association or affiliation between Intel and Defendant.   In addition, Defendant has caused and will likely continue to cause dilution of the famous INTEL® trademark.   Consequently, Intel seeks damages and injunctive relief under the Lanham Act (15 U.S.C. §§ 1051, *et seq.*), the Florida Trademark Dilution Statute (Fla. Stat. § 495.151), and Common Law.

## JURISDICTION

3.     This Court has personal jurisdiction over Defendant because it conducts or has conducted business, as well as advertised and promoted goods and services, under the mark AGENCYINTEL in the State of Florida and within this judicial district, and the effects of those acts have been felt in this district.

4.     This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332, 1338 and 1367.   Intel's claims are, in part, based on Defendant's violations of the Lanham Act, as amended, 15 U.S.C. §§ 1051, *et seq.*  The Court has jurisdiction over the state law claims pursuant to 28 U.S.C. §§ 1332, 1338(b), and 1367.

5.     Venue lies in the Middle District of Florida pursuant to 28 U.S.C. § 1391(b), (c) and (d).  Defendant transacts or has transacted business in this judicial district and a substantial part of the events, omissions, and injuries giving rise to Intel's claims occurred in this judicial district.

## THE PARTIES

6.     Plaintiff Intel Corporation is a Delaware corporation having its principal place of business at 2200 Mission College Boulevard, Santa Clara, California.  Intel offers a wide variety of goods and services, which are sold worldwide and throughout the United States, including in this judicial district.

7.     Defendant Intruity Corporation is a Florida corporation with its principal place of business in Fort Myers, Florida.

## BACKGROUND

### Intel's Business and Marks

8.     Intel is a world-famous company that develops, manufactures and sells a wide variety of computer, hardware, software, online services, and software development services, including enterprise software and services.  Intel's customers include individual consumers, governments, schools, and businesses.

9.      For over forty-five years, Intel has used INTEL® as a trade name, trademark and service mark to identify virtually its entire line of products and services.  INTEL® is one of the most valuable, respected and famous names and trademarks in the world.  Indeed, in 2015, the INTEL® brand was ranked 14th in the world in Interbrand's Best Global Brands survey, with an estimated value of over $35 billion.  Numerous publications and court and tribunal decisions around the world have recognized the fame and renown of the INTEL® mark.

10.      Intel technology is ubiquitous.  Intel creates products and technologies that have become essential parts of homes, governments, schools, and businesses everywhere.  Intel's performance is frequently cited as a bellwether of the business economy both domestically and abroad.

11.      Intel's products and technology are used in many applications.  Intel enjoys particular strength in the fields of computing, hardware, software, and online services, including but not limited to enterprise software solutions.  Relevant customers associate the INTEL® brand with such computing, hardware, software, online services, and software development services.   Intel also provides a wide assortment of products and services under its INTEL mark to enable and improve software as a service, including solutions that optimize data storage and analysis for many industries, including but not limited to insurance agencies.

12.      Intel uses INTEL® as its "house mark" on or in connection with virtually every product and service it sells.  In 2015 alone, Intel sold over $55 billion of INTEL®-branded products and services.

13.      Intel is the owner of numerous U.S. trademark registrations for the mark INTEL®, including the following:

a.   Intel is the owner of U.S. Trademark Registration No. 938,772 issued on July 25, 1972 for the mark INTEL® for use in connection with equipment for the testing and programming of integrated circuits, registers and semiconductor memories.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting,

and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit A.

b.  Intel is the owner of U.S. Trademark Registration No. 939,641 issued on August 1, 1972 for the mark INTEL® for use in connection with integrated circuits, registers, and semiconductor memories.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit B.

c.  Intel is the owner of U.S. Trademark Registration No. 1,022,563, issued on October 14, 1975, for the mark INTEL® for use in connection with microcomputers, microcontrollers, and microprocessors.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit C.

d.  Intel is the owner of U.S. Trademark Registration No. 1,723,243, issued on October 13, 1992, for the mark INTEL® for use in connection with metal key rings, note paper, note cards, posters, pencils, ball point pens, ink pens and stationery folders; plastic key chain tags; mugs and water bottles sold empty, jigsaw puzzles, golf balls, golf tees and golf ball markers.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit D.

e.  Intel is the owner of U.S. Trademark Registration No. 1,725,692, issued on October 20, 1992, for the mark INTEL® for use in connection with, among other things, sports bags, gym bags, carry-on bags, towels, and clothing.  This registration, duly and legally issued

by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit E.

      f.   Intel is the owner of U.S. Trademark Registration No. 2,171,778, issued on July 7, 1998, for the mark INTEL® for use in connection with, among other things, computer operating system software, computer hardware, integrated circuits, integrated circuit chips, microprocessors, printed circuit boards, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia accelerators, video processors, and computer hardware and software for the receipt, display and use of broadcast video, audio and data signals.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit F.

      g.   Intel is the owner of U.S. Trademark Registration No. 2,194,121 issued on October 6, 1998, for the mark INTEL® for use in connection with, among other things, printed materials, namely, books, magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures about, for use with and directed to users of, computer operating system software; computer operating programs; computer application software; computer hardware; computer components; integrated circuits; microprocessors; computer memory devices; video graphic accelerators; and computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital data signals.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit G.

      h.   Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8, 1999, for the mark INTEL® for use in connection with clocks, jewelry, key chains,

necklaces, trophies and watches.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit H.

      i.   Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8, 1999, for the mark INTEL® for use in connection with binders, boxes for pens, tablets, note cards, self-adhesive pads, desk pads, pens, pencils, folders, paperweights, pen and pencil holders, photograph stands, erasers, markers, desk sets, and desk organizers.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit I.

      j.   Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1, 1999, for the mark INTEL® for use in connection with travel bags, luggage, school bags, back packs, beach bags, duffel bags, and umbrellas.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit J.

      k.   Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15, 1999, for the mark INTEL® for use in connection with T-shirts, shirts, jackets, headwear, hats, and polo shirts.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit K.

      l.   Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on July 13, 1999, for the mark INTEL® for use in connection with toys, dolls, and bean bags.  This

registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit L.

m.      Intel is the owner of U.S. Trademark Registration No. 2,276,580 issued on September 7, 1999 for the mark INTEL® for use in connection with mugs and sports bottles. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit M.

n.   Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued on April 24, 2001, for the mark INTEL® for use in connection with, among other things, computers, computer hardware, software for use in operating and maintaining computer systems, microprocessors, integrated circuits, computer chipsets, computer motherboards, computer graphics boards, computer networking hardware, video apparatus, video circuit boards, and apparatus and equipment for recording, processing, receiving, reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging and/or enhancing sound, video images, graphics, and data.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit N.

o.   Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19, 2001, for the mark INTEL® for use in connection with, among other things, computer hardware and software for use in imaging and photographic applications, namely, organizing and manipulating images and capturing, retrieving, storing and mailing images via interconnected computer networks.  This registration, duly and legally issued by the United States Patent and

Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.   Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.   A copy of this registration is attached hereto as Exhibit O.

p.   Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25, 2002, for the mark INTEL® for use in connection with, among other things, computer hardware installation and repair services; arranging and conducting educational conferences and seminars in the fields of computers, telecommunications, and computer networking, and distributing course materials in connection therewith; development, publishing and dissemination of educational materials in the fields of computers, telecommunications and computer networking for others; interactive and non-interactive computer education training services; providing information via global computer network in the fields of education; provision of interactive and non-interactive electronic information services on a wide variety of topics; development of local and wide area computer networks for others; development of computer hardware and software for the receipt, display and use of broadcast video, audio, and digital data signals for others; computer software design for others; computer programming services; providing on-line newspapers, magazines, instructional manuals in the fields of technology, education and business; and development, maintenance, and provision of interactive and non-interactive electronic bulletin boards services in the field of education.   This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.   Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.   A copy of this registration is attached hereto as Exhibit P.

q.   Intel is the owner of U.S. Trademark Registration No. 2,742,174, issued on July 29, 2003, for the mark INTEL® for use in connection with, among other things, repair, maintenance, support and consulting services for computer-related and communications-related goods;  providing information in the field of computer technology via the global computer

network; providing on-line publications, namely, books, brochures, white papers, catalogs and pamphlets in the fields of computer and information technology; and designing and developing standards for others in the design and implementation of computer software, computer hardware and telecommunications equipment.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit Q.

r.    Intel is the owner of U.S. Trademark Registration No. 3,029,954, issued on December 13, 2005, for the mark INTEL® for use in connection with, among other things, internet and web servers; internet and web caching servers; wireless and remote computer peripherals; computer hardware and software for enabling web portals; computer hardware and software for digital encryption, identification and certification; computer hardware and software to enable remote encrypted networking; computer hardware and software to enable secure data transmission via networks, the internet and world wide web; internet and web data services, namely, digital identification and certification services; and application service provider services, namely, hosting computer software applications of others.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit R.

s.    Intel is the owner of U.S. Trademark Registration No. 3,136,102, issued on August 29, 2006, for the mark INTEL® for use in connection with telecommunication services, namely, electronic and digital transmission of data, documents, audio and video via computer terminals.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit S.

t.  Intel is the owner of U.S. Trademark Registration No. 3,173,391, issued on November 21, 2006, for the mark INTEL® for use in connection with telecommunications consulting services.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit T.

u.  Intel is the owner of U.S. Trademark Registration No. 4,641,445, issued on November 18, 2014, for the mark INTEL for use in connection with interactive monitoring, transmission, and alert services for notifying caregivers of a patient's physical status and vital statistics for medical purposes and electronic monitoring services for security purposes in the field of monitoring of individuals, primarily the elderly, at home.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit U.

14.  In addition to using INTEL® as a trade name, a trademark, and a service mark, Intel also owns a large family of marks that incorporate INTEL® as a prominent component of the mark.  For example, in 1991, Intel developed and launched a cooperative advertising and licensing program referred to as the "Intel Inside® Program."  As part of this program, Intel licenses the INTEL INSIDE® mark to PC manufacturers to communicate to the end customer that the manufacturers' products, such as personal desktop computers, laptop computers and workstations, were designed with genuine Intel microprocessors.  Among Intel's many thousands of OEM ("Original Equipment Manufacturers") licensees worldwide are giants of the computer industry such as Dell, Lenovo, Hewlett-Packard, IBM, and Sony.  Intel's OEM licensees have sold many billions of dollars worth of computer products bearing the INTEL INSIDE® marks. The combined advertising expenditure by Intel and Intel's licensees under the INTEL® mark has averaged over one billion dollars for each of the last few years.  Through extensive advertising

and promotion by Intel and its licensees, advertisements reflecting the INTEL® mark have most likely created billions of impressions.

15.     Intel is the owner of numerous U.S. trademark registrations for the INTEL INSIDE mark, including Reg. Nos. 1,705,796, 2,179,209, and 3,795,049.   Copies of these registrations are attached hereto as Exhibits V through X.

16.     Intel owns many other U.S. trademark registrations for its family of INTEL formative marks.   These include:   INTEL CORE, INTEL VPRO, INTEL ATOM, INTEL INTRU, and INTEL COFLUENT.   Copies of these registrations are attached hereto as Exhibits Y through EE.

17.     Through its extensive use, Intel also owns common law trademark rights in INTEL® and its family of INTEL® formative marks, for all of the goods and services and activities identified herein.

18.     Intel maintains an online presence at the URL intel.com.   Intel uses its trade name and trademark as a web address in order to make it easy for customers to locate Intel's website, and to identify that the website is owned by Intel.

19.     Intel's web site features the INTEL® marks and many other INTEL® composite marks.

20.     As a consequence of the extensive sales, advertising, promotion, and use of the INTEL® and INTEL® formative trademarks, Intel has developed enormous recognition for its products and services under the INTEL mark and has acquired and enjoys an immensely valuable reputation and tremendous goodwill under the mark.   The INTEL® mark is world renowned, and is a "famous" mark for purposes of 15 U.S.C. § 1125(c)(1).

**Defendant's Business**

21.     On information and belief, Intruity offers software goods, online services, and software development services under the trademark and trade name AGENCYINTEL.

22.     On information and belief, Intruity owns and controls the domain name agencyintel.com.

23.     On March 24, 2015, <u>after</u> receipt of written notice of Intel's express objections to Intruity's use of AGENCYINTEL, Intruity filed United States Trademark Application No. 86574405 for AGENCYINTEL with "Software as a service (SAAS) services featuring customer relationship management software (CRM) for use by insurance agencies."  On October 14, 2015, Intel timely opposed the foregoing application by filing Opposition No. 91224351 at the Trademark Trial and Appeal Board of the United States Patent and Trademark Office ("TTAB"). The proceeding of Opposition No. 91224351 remains pending at this time.

24.     Defendant's use of AGENCYINTEL wholly incorporates the INTEL® mark, adding only the descriptive word "Agency."  Defendant further emphasizes the INTEL® mark through selective capitalization and use of bold font, such as shown below, an example of Defendant's use transposed from the webpage at agencyintel.com.



25.     For nearly two years year, and throughout Opposition No. 91224351, Intel has attempted to amicably resolve this matter.  Despite these efforts, Defendant has persisted in using and attempting to register AGENCYINTEL, leaving Intel no choice but to file this Complaint.

**COUNT I**
**TRADEMARK INFRINGEMENT**
**(15 U.S.C. § 1114)**

26.     Intel realleges and incorporates herein by reference the allegations in paragraphs 1 through 25 above.

27.     Upon information and belief, Defendant was aware of Intel's business and its INTEL® mark prior to the adoption and use of AGENCYINTEL.

28.     Defendant either had actual notice and knowledge, or had constructive notice, of Intel's ownership and registrations of the INTEL® mark pursuant to 15 U.S.C. § 1072 prior to their adoption and use of AGENCYINTEL.

29.     Defendant is using AGENCYINTEL in connection with the offering and sale of products and services without Intel's consent and with knowledge of Intel's rights.

30.     Such willful, deliberate, and unauthorized use of AGENCYINTEL falsely indicates to consumers that Defendant's products and services are in some manner connected with, sponsored by, affiliated or associated with, or related to Intel, Intel's licensees, or the goods and services of Intel and Intel's licensees.

31.     Such unauthorized use of AGENCYINTEL is also likely to cause consumers to be confused as to the source, nature and quality of the products and services that Defendant is promoting and selling.

32.     Such unauthorized use of AGENCYINTEL in connection with the sale of products and services, such as software as a service, allows, and will continue to allow, Defendant to receive the tremendous benefit of the substantial goodwill established at great labor and expense by Intel and to gain acceptance of the Defendant's products and services, not based on the merits of those products and services, but on Intel's reputation and goodwill.

33.     Such unauthorized use of AGENCYINTEL in connection with the offering and sale of products and services deprives Intel of the ability to control the consumer perception of the quality of the goods and services marketed under the INTEL® mark, and places Intel's valuable reputation and goodwill in the hands of others over which Intel has no control.

34.     Defendant has caused confusion and is likely to cause further confusion, or to cause mistake, or to deceive consumers or potential consumers and constitutes trademark infringement in violation of 15 U.S.C. § 1114.

35.     Intel has been, is now, and will be irreparably injured and damaged by such trademark infringement, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

WHEREFORE, Intel respectfully requests this Court to:

A.     Enter judgment in favor of Intel and against Defendant;

B.     Order Defendant to account to Intel any and all revenues and profits that Defendant has derived from its infringement of Intel's federally registered trademarks;

C.     Award to Intel and against Defendant:

1)          Intel's damages caused by Defendant's infringement of Intel's federally registered trademarks;

2)          Defendant's profits relating to its infringement of Intel's federally registered trademarks; and

3)          Enhanced damages under 15 U.S.C. §1117, Intel's reasonable attorneys' fees and costs of suit, and prejudgment interest, for the willful and wanton actions of Defendant;

D.     Preliminarily and permanently enjoin Defendant, and its agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with them, from using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark;

E.     Order Defendant, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which they have complied with the injunction, and ceased all sales and promotion of goods and services under AGENCYINTEL, as set forth above;

F.      Order Defendant, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Defendant or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation AGENCYINTEL, both alone and in combination with other words or terms;

G.      Order Defendant to take all steps necessary to abandon or surrender any trademark application or registration they may have in the U.S. that includes the letter string INTEL, including without limitation United States Trademark Application No. 86574405;

H.      Order Defendant to take all steps necessary to cancel or transfer to Intel, in Intel's sole discretion, any domain name including the mark INTEL in their possession or control, including without limitation agencyintel.com, and to remove all references to INTEL from all of their other websites, if any; and

I.      Grant Intel such other and further relief as the Court deems just and proper.

## COUNT II
## FALSE DESIGNATION OF ORIGIN
### (15 U.S.C. § 1125(A))

36.     Intel realleges and incorporates herein by reference the allegations in paragraphs 1 through 25, and 27 through 33 above.

37.     Such unauthorized use of AGENCYINTEL falsely suggests that Defendant's products and services are connected with, sponsored by, affiliated with, or related to Intel, and constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

38.     Intel has been, is now, and will be irreparably injured and damaged by the aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name,

reputation and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at law.

WHEREFORE, Intel respectfully requests this Court to:

A.     Enter judgment in favor of Intel and against Defendant;

B.     Order Defendant to account to Intel any and all revenues and profits that Defendant has derived from its false designation of origin in violation of 15 U.S.C. § 1125(a);

C.     Award to Intel and against Defendant:

   1)     Intel's damages caused by Defendant's false designation of origin in violation of 15 U.S.C. § 1125(a);

   2)     Defendant's profits relating to its false designation of origin in violation of 15 U.S.C. § 1125(a); and

   3)     Enhanced damages under 15 U.S.C. §1117, Intel's reasonable attorneys' fees and costs of suit, and prejudgment interest, for the willful and wanton actions of Defendant;

D.     Preliminarily and permanently enjoin Defendant, and its agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with them, from doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between Defendant and Intel;

E.     Order Defendant, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which they have complied with the injunction, and ceased all sales and promotion of goods and services under AGENCYINTEL, as set forth above;

F.      Order Defendant, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Defendant or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation AGENCYINTEL, both alone and in combination with other words or terms;

G.      Order Defendant to take all steps necessary to cancel or transfer to Intel, in Intel's sole discretion, any domain name including the mark INTEL in their possession or control, including without limitation agencyintel.com, and to remove all references to INTEL from all of their other websites, if any; and

H.      Grant Intel such other and further relief as the Court deems just and proper.

## COUNT III
## FEDERAL TRADEMARK DILUTION
### (15 U.S.C. § 1125(c))

39.     Intel realleges and incorporates herein by reference the allegations in paragraphs 1 through 25 above.

40.     The INTEL® mark is world-renowned.  It is a famous mark that is widely recognized by consumers, businesses and industry, and that identifies the products and services of Intel in the minds of consumers.

41.     The unauthorized use of AGENCYINTEL by Defendant began after Intel's mark had become famous.

42.     Such unauthorized use of AGENCYINTEL will likely have an adverse effect upon the value and distinctive quality of the INTEL® mark.  Such acts blur and whittle away at

the distinctiveness and identity-evoking quality of the INTEL mark.  Such acts are likely to dilute the famous INTEL® mark in violation of 15 U.S.C. § 1125(c).

43.     Intel will be irreparably injured and damaged by the aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at law.

WHEREFORE, Intel respectfully requests this Court to:

A.     Enter judgment in favor of Intel and against Defendant;

B.     Preliminarily and permanently enjoin Defendant, and its agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with them, from committing any acts which will tarnish, blur, or dilute, or will likely tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

C.     Order Defendant, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which they have complied with the injunction, and ceased all sales and promotion of goods and services under AGENCYINTEL, as set forth above;

D.     Order Defendant, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Defendant or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation AGENCYINTEL, both alone and in combination with other words or terms;

E.     Order Defendant to take all steps necessary to abandon or surrender any trademark application or registration they may have in the U.S. that includes the letter string INTEL, including without limitation United States Trademark Application No. 86574405;

F.     Order Defendant to take all steps necessary to cancel or transfer to Intel, in Intel's sole discretion, any domain name including the mark INTEL in their possession or control, including without limitation agencyintel.com, and to remove all references to INTEL from all of their other websites, if any; and

G.     Grant Intel such other and further relief as the Court deems just and proper.

**COUNT IV**
**STATE TRADEMARK DILUTION**
**(FLA. STAT. § 495.151)**

44.     Intel realleges and incorporates herein by reference the allegations in paragraphs 1 through 25 above.

45.     Such unauthorized use of AGENCYINTEL will likely have an adverse effect upon the value and distinctive quality of the INTEL® mark.  Such acts blur and whittle away at the distinctiveness and identity-evoking quality of the INTEL® mark.  Such acts are likely to dilute the famous INTEL®  mark in violation of Section 495.151, Florida Statutes.

46.     Defendant has engaged in its above described acts with the willful intent to trade on Intel's reputation or cause dilution of Intel's famous INTEL® mark.

47.     Intel will be irreparably injured and damaged by the aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at law.

WHEREFORE, Intel respectfully requests this Court to:

A.     Enter judgment in favor of Intel and against Defendant;

B.     Preliminarily and permanently enjoin Defendant, and its agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active

concert or participation with them, from committing any acts which will tarnish, blur, or dilute, or will likely tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

C.      Order Defendant to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which they have complied with the injunction, and ceased all sales and promotion of goods and services under AGENCYINTEL, as set forth above;

D.      Order Defendant, pursuant to Section 495.141, Florida Statutes, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Defendant or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation AGENCYINTEL, both alone and in combination with other words or terms;

E.      Order Defendant to take all steps necessary to abandon or surrender any trademark application or registration they may have in the U.S. that includes the letter string INTEL, including without limitation United States Trademark Application No. 86574405;

F.      Order Defendant to take all steps necessary to cancel or transfer to Intel, in Intel's sole discretion, any domain name including the mark INTEL in their possession or control, including without limitation intelvail.com, and to remove all references to INTEL from all of their other websites, if any; and

G.      Grant Intel such other and further relief as the Court deems just and proper.

**COUNT V**
**UNFAIR COMPETITION**
**(FLORIDA COMMON LAW)**

48.     Intel realleges and incorporates herein by reference the allegations in paragraphs 1 through 25 above.

49.     Defendant's unauthorized use of AGENCYINTEL has been intentionally, deliberately, willfully, and wantonly undertaken to deceive and mislead the public while trading on and benefiting from the substantial reputation and goodwill associated with the INTEL® Mark.

50.     Defendant's conduct constitutes unfair competition in violation of the common law of the State of Florida.

51.     Intel will be irreparably injured and damaged by the aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at law.

WHEREFORE, Intel respectfully requests this Court to:

A.      Enter judgment in favor of Intel and against Defendant;

B.      Order Defendant to account to Intel any and all revenues and profits that Defendant has derived from its unfair competition in violation of the State of Florida's common law;

C.      Award to Intel and against Defendant:

1)      Intel's damages caused by Defendant's unfair competition in violation of Florida's common law; and

2)      Defendant's profits relating to Defendant's unfair competition in violation of Florida's common law;

D.      Preliminarily and permanently enjoin Defendant, and its agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with them, from further deceiving and misleading the public while trading on and benefiting from the substantial reputation and goodwill associated with the INTEL® Mark;

E.      Order Defendant to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which they have complied with the injunction, and ceased all sales and promotion of goods and services under AGENCYINTEL, as set forth above;

F.      Order Defendant to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Defendant or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation AGENCYINTEL, both alone and in combination with other words or terms;

G.      Order Defendant to take all steps necessary to cancel or transfer to Intel, in Intel's sole discretion, any domain name including the mark INTEL in their possession or control, including without limitation agencyintel.com, and to remove all references to INTEL from all of their other websites, if any; and

H.      Grant Intel such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Intel hereby demands a trial by jury of all issues so triable.

Date:  October 28, 2016                    Respectfully submitted,

                                           s/ Richard E. Fee
                                           Richard E. Fee, Esq.
Florida Bar No. 813680
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008 - Telephone
(813) 229-0046 - Facsimile
rfee@feejeffries.com

and


**SISKIND BOYD LLP**

Ian K. Boyd
(Motion for admission pro hac vice to follow)
California Bar No. 191434
E-mail:  iboyd@siskindboyd.com
4 Embarcadero Center, 39th Floor
San Francisco, California  94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

***Trial Counsel for Plaintiff***
***Intel Corporation***