UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

INTEL CORPORATION, a Delaware
corporation

       Plaintiff,

v.                                              Case No:  2:16-cv-804-FtM-38MRM

INTRUITY CORPORATION,

       Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on Defendant, Intruity Corporation's Motion to Dismiss[2] (Doc. 11) filed on January 6, 2017.  Because Intruity Corporation's motion does not comply with the Local Rules of the United States District Court for the Middle District of Florida,[3] the Court will deny this motion without prejudice.  Local Rule 1.05(a) requires "all pleadings and other papers tendered by counsel for filing shall be typewritten, *double-*

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] The Court notes the striking resemblance between Intruity Corporation's Motion to Dismiss (Doc. 11) and the motion to dismiss filed in the Northern District of California attached to Plaintiff's Unopposed Motion to Take Judicial Notice (Doc. 19).  Moving forward, the Court expects Intruity Corporation to craft its own motions without plagiarizing.

[3] All future filings must comply with the Local Rules.  The Local Rules are available for review on the Court's Website at www.flmd.uscourts.gov and a copy may be obtained by visiting the Clerk's Office.

*spaced*, in at least twelve-point type" with "one and one-fourth inch top, bottom and left margins and a one to one and one fourth inch right margin." See M.D. Fla. R. 1.05(a) (emphasis added).  Intruity Corporation may refile the motion in compliance with the Local Rules.

Accordingly, it is now

**ORDERED:**

(1) The Court **DENIES without prejudice** Intruity Corporation's Motion to Dismiss (Doc. 11).

(2) Intruity Corporation may refile this motion to comply with the Local Rules on or before February 23, 2017.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of February, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record