UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

INTEL CORPORATION, a Delaware corporation

        Plaintiff,

v.                                              Case No:  2:16-cv-804-FtM-38MRM

INTRUITY CORPORATION,

        Defendant.
_____/

**OPINION AND ORDER**[1]

This matter comes before the Court on Defendant Intruity Corporation's Amended Motion to Dismiss (Doc. 32) filed on March 10, 2017.  Because Intruity Corporation's amended motion does not comply with the Local Rules of the United States District Court for the Middle District of Florida, the Court will deny this motion without prejudice. Local Rule 3.01(a) requires that a motion "include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, all of which the movant shall include in a single document *not more than twenty-five (25) pages*." M.D. Fla. R. 3.01(a) (emphasis added).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

This is the second time that Intruity Corporation failed to comply with the Local Rules.  Moving forward, the Court strongly suggests that Intruity Corporation refamiliarize themselves with the Local Rules and act in accordance with them.

Accordingly, it is now

**ORDERED:**

(1) The Court **DENIES** Intruity Corporation's Amended Motion to Dismiss. (Doc. 32)

(2) The Court will allow Intruity Corporation one final opportunity to refile this motion to comply with the Local Rules on or before March 17, 2017.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of March, 2017.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record